416

NOVEMBER 27, 1940

**No. 44848.**——Protest 884320–G of Paper and Industrial Appliances, Inc. Application by plaintiff for rehearing granted.

NOVEMBER 28, 1940

**No. 44849.**——Protest 9142–K of Albert P. Meyer & Co. Application by plaintiffs for rehearing granted.

**No. 44850.**——Protests 21684–K, etc., of Thomas & Co. Application by plaintiffs for rehearing granted.

BEFORE THE FIRST DIVISION, DECEMBER 5, 1940

**No. 44851.**—Protest 32533–K of Abercrombie & Fitch Co. (New York).

Opinion by WALKER, J. It was stipulated that the fishing tackle cases in question are similar to those the subject of Abstract 42425. The claim at 25 percent under paragraph 1531 and the trade agreement with the United Kingdom was therefore sustained.

**No. 44852.**—Protests 832261–G, etc., of Wm. J. Jones & Co. (Philadelphia).

· Opinion by WALKER, J. In accordance with stipulation of counsel and on the authority of *Laurence Phillips Lumber Co.* v. *United States* (T. D. 49624) certain timber was held not taxable under section 601 (c) (6), Revenue Act of 1932. On the authority of *Myers* v. *United States* (T. D. 49530) it was held that allowance should be made for the planing in assessing the tax under the Revenue Act.

**No. 44853.**—Protests 824942–G/85757, etc., of Chinese Trading Co. et al. (Chicago, etc.).

Opinion by WALKER, J. On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.

BEFORE THE SECOND DIVISION, DECEMBER 5, 1940

**No. 44854.**—Protests 811729–G, etc., of Great Northern Railway (Seattle).

Opinion by KINCHELOE, J. On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.

**No. 44855.**—Protest 936841–G of Gomprecht & Benesch (Baltimore).

Opinion by KINCHELOE, J. In accordance with stipulation of counsel and on the authority of *United States* v. *Penn* (27 C. C. P. A. 242, C. A. D. 93) the cocoa fiber pile mats in question were held dutiable at 90 percent under paragraph 1529 (a) as claimed.